JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL HOWARD et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT et al., <br><br> Defendant. | Case No. 2:25-cv-06381-SB-MAR <br><br> FINAL JUDGMENT |

    For the reasons stated in the separate order entered this day, this action is dismissed in its entirety without prejudice.

Date: September 5, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1